# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOUIS ANN GIBSON, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY MARYLAND, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS

Defendant Maryland State Board of Elections, through counsel, Brian Frosh, Attorney General, and Daniel Kobrin, Assistant Attorney General, moves to dismiss the complaint (ECF 1) and amended complaint (ECF 9) under Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted for reasons more fully stated in the accompanying memorandum.

                                              Respectfully submitted,

                                              BRIAN E. FROSH
Attorney General of Maryland

/s/ Daniel M. Kobrin

_____

DANIEL M. KOBRIN
Federal Bar No. 30392
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
dkobrin@oag.state.md.us
(410) 576-6472
(410) 576-6955 (facsimile)

September 19, 2022                        Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that, on this 19th day of September, 2022 the foregoing was served by CM/ECF on all registered CMF users and by first-class mail on the following:

>   Walter T. Charlton, Esq.
>   Walter T. Charlton and Associates
>   213 Morgan Street
>   Washington, District of Columbia  20001
>   charltonwt@comcast.net


                                                    /s/ Daniel M. Kobrin
                                                    _____
                                                    Daniel M. Kobrin