## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOUIS ANN GIBSON, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY MARYLAND, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the State Board of Elections' Motion to Dismiss and Memorandum of Law in support thereof, it is this _____ day of _____, 2022,

ORDERED that, the Complaint and Amended Complaint in the above-captioned matter is hereby dismissed with prejudice for failure to state a claim upon which relief can be granted.

_____

UNITED STATES DISTRICT JUDGE