## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## Southern Division

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS CALVERT COUNTY, MARYLAND AND WASHINGTON COUNTY, MARYLAND'S MOTION TO DISMISS THE AMENDED COMPLAINT**

BOARD OF COUNTY COMMISSIONERS OF CALVERT COUNTY and WASHINGTON COUNTY, two of the Defendants, by and through their attorneys, KARPINSKI, CORNBROOKS, & KARP, P.A. and KEVIN KARPINSKI pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 105 of the Rules of the United States District Court for the District of Maryland, move to dismiss with prejudice the Amended Complaint for lack of subject-matter jurisdiction and failing to state a claim, for the reasons set forth in the Memorandum attached hereto, incorporated herein and filed contemporaneously herewith.

KARPINSKI, CORNBROOKS & KARP, P.A.

By:     /s/ Kevin Karpinski
KEVIN KARPINKSI, #11849

120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
kevin@bkcklaw.com
*Attorneys for Defendants Calvert County and Washington County*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2022, a copy of the foregoing was electronically with notice to:

Walter T. Charlton, Esquire
213 Morgan Street
Washington, DC 20001
**Counsel for Plaintiffs**

Daniel Michael Kobrin, Esquire
Office of the Attorney General
Civil Litigation Division
200 Saint Paul Place
20th Floor
Baltimore, Maryland 21202
**Counsel for Defendant State of Maryland**

                    /s/ Kevin Karpinski
*Counsel for Defendants Calvert County and Washington County*