IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Upon consideration of Defendants Calvert County and Washington County's Motion to Dismiss, it is this ____ day of _____ 2022 hereby

**ORDERED**, that Defendants' Motion is **GRANTED** in part; and

**ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**

_____
United States District Judge