**IN THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No. 1:22-cv-1642-GLR |
| | * | |
| FREDERICK COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Patricia Lisehora Kane as co-counsel for Defendant Montgomery County, Maryland in the above-captioned case.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

_____/s/_____
Patricia Lisehora Kane, Chief
Division of Litigation
Bar No. 13621
patricia.kane@montgomerycountymd.gov

Attorneys for Defendant, Montgomery
County, Maryland
101 Monroe Street, Third Floor
Rockville, MD 20850
240-777-6700

**Filed:  September 22, 2022**