IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil No. 1:22-cv-1642-GLR |
| FREDERICK COUNTY, MARYLAND, *et al.* | * | |
| Defendants | * | |

**DEFENDANT MONTGOMERY COUNTY, MARYLAND'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Montgomery County, Maryland ("Montgomery County"), by and through its undersigned counsel and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, requests that this Court dismiss with prejudice the First Amended Complaint because, as further explained in the accompanying memorandum:

(1) Plaintiffs lack standing,

(2) the First Am. Compl. fails to state a claim upon which relief can be granted,

(3) Montgomery County is not a proper party and has no responsibility for the oversight of elections, and

(4) the First Am. Compl. fails to set forth any factual averments involving actions by Montgomery County.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

_____/s/_____
Patricia L. Kane, Chief
Division of Litigation
patricia.kane@montgomerycountymd.gov
Bar No. 13621

                                                                                            /s/_____
Edward B. Lattner, Chief
Division of Government Operations
edward.lattner@montgomerycountymd.gov
Bar No. 03871

Attorneys for Defendant Montgomery County, Maryland
101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540
(240) 777-6700
(240) 777-6705 Fax