IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No. 1:22-cv-1642-GLR |
| | * | |
| FREDERICK COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

**DEFENDANT MONTGOMERY COUNTY, MARYLAND'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Montgomery County, Maryland submits this Memorandum in Support of its Motion to Dismiss the First Amended Complaint.

The County adopts, as if fully set forth herein, the Motions to Dismiss filed by Defendant Maryland State Board of Elections (ECF No. 14) and Defendants Calvert and Washington Counties (ECF No. 18). For the reasons set out in those Motions, and their accompanying Memoranda, this Court should dismiss with prejudice the First Am. Compl. as to Montgomery County because (1) Plaintiffs lack standing, (2) the First Am. Compl. fails to state a claim upon which relief can be granted, (3) Montgomery County is not a proper party and has no responsibility for the oversight of elections, and (4) the First Am. Compl. fails to set forth any factual averments involving actions by Montgomery County.

In addition to the above arguments, this Court should dismiss with prejudice the First Am. Compl. because it has previously held that the government cannot be liable under the federal Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. §§ 1961 to 1968. *Guiterrez v. E. Beach Bay-Marine Marina, Inc.*, 2015 U.S. Dist. LEXIS 193628, *15 (D. Md. Sept. 23, 2015) ("a municipality, such as the City of Norfolk, cannot be civilly liable under RICO because it is incapable of having the criminal intent necessary") (internal citation and quotation

1

omitted). *See also Levy v. City of New Carrollton*, 2009 U.S. Dist. LEXIS 127062, *46 (D. Md. Mar. 17, 2009) (citing *Brubaker v. City of Richmond*, 943 F.2d 1363, 1370 (4th Cir. 1991)). Plaintiffs therefore cannot state a RICO claim against Montgomery County.

Based on the foregoing, Defendant Montgomery County respectfully requests that this Honorable Court grant this Motion to Dismiss and dismiss this action in its entirety with prejudice.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

_____/s/_____
Patricia L. Kane, Chief
Division of Litigation
patricia.kane@montgomerycountymd.gov
Bar No. 13621

_____/s/_____
Edward B. Lattner, Chief
Division of Government Operations
edward.lattner@montgomerycountymd.gov
Bar No. 03871

Attorneys for Defendant Montgomery County, Maryland
101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540
(240) 777-6700
(240) 777-6705 Fax