**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No. 1:22-cv-1642-GLR |
| | * | |
| FREDERICK COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

**ORDER**

Upon consideration of the Motion to Dismiss First Amended Complaint filed by Defendant, Montgomery County, Maryland, any Opposition and Reply thereto, and good cause being found, it is, by the United States District Court for the District of Maryland, this _____ day of _____, 2022 hereby:

**ORDERED** that Defendant, Montgomery County, Maryland's Motion to Dismiss is **GRANTED**; and it is further,

**ORDERED** that the above-captioned matter is dismissed in its entirety with prejudice.

_____
Judge George Levi Russell, III
U.S. District Court for the District of MD