IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOIS ANN GIBSON, *et al.* | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MD, *et al.* | : | |
| Defendants. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Philip E. Culpepper as counsel for the Defendant Anne Arundel County, Maryland in the above-captioned case.

    Respectfully submitted,

    GREGORY J. SWAIN
    County Attorney


    /S/ *Philip E. Culpepper*
    Philip E. Culpepper
    Supervising County Attorney
    Anne Arundel County Office of Law
    2660 Riva Road, 4th Floor
    Annapolis, Maryland 21401
    (410) 222-7888
    pculpepper@aacounty.org
    Bar No. 28519

    *Attorney for the Defendant*
    *Anne Arundel County, Maryland*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of September 2022, I filed the foregoing Entry of Appearance electronically via the Court's ECF electronic-filing system, which will make service upon all parties so entitled.

                                            /S/    *Philip E. Culpepper*
                                              Philip E. Culpepper