*In the*
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, et al. * * * * * * * * * * <br> *Plaintiffs,* * <br> Maryland 20-20 Watch, et al * <br> v.   * <br>   * <br> STATE OF MARYLAND, AND * <br> MARYLAND STATE BOARD OF ELECTIONS, * <br> et al  * <br> FREDERICK COUNTY, MARYLAND, *et al.,* * <br>   * <br> **Defendants.** * <br> * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL NO. GLR-22-1642 |

**PLAINTIFFS' MOTION TO EXPAND TIME FOR FILING OPPOSITIONS TO DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS FOR ABOUT 31 DAYS, TO NOVEMBER 7, 2022**

Counsel for the Defendant Maryland State Board of Elections, Daniel M. Kobrin, Assistant States Attorney, has consented for the Board to this request. The remainder of the defendants, some of which have not yet accepted service of process, appear upon quick review of essentially "tag along" motions to dismiss.

Plaintiffs, through Counsel, in the interests of efficiency of this litigation which shall be applicable to all parties and the Court, hereby request an establishment of about 31 days from the request for consent, to November 7th, 2022, or as otherwise extended by the Honorable Court. This time is necessary to respond to Multiple Motions to dismiss pursuant to F. R. Civ. P. 12(b)(6) for the about 25 defendant separate parties.

-1-

Because of the continuing fluctuation in the factual background, much of which has at least some bearing upon the issues of this case, there shall be no prejudice in the delay, and substantial benefit to all parties until the complete field of party defendants have been completed as service of process.  Plaintiffs have been and are now focussing upon completion of service of process upon all defendants.

**Statement of Points and Authorities In Support of This Request:**

1.  Federal rule of Civil Procedure 12(b)(6) provides for a reasonable time for plaintiffs to perfect service of process and respond to defendant's motion to dismiss in multiple defendant situations, in general.

2.  Defendant Maryland State Board of Elections, represented by Counsel Daniel M. Kobrin, has been contacted by phone.  Mr. Kobrin stated that defendant does not object to a reasonable, in excess of about a 30 day extension.

3.  Plaintiffs here submit this request to include other responding defendants in consideration of: the apparent fact of several likely Tag-Along motions filed to date.  It is expected that and more Maryland County and other defendants are likely to file 12(b)(6) in the near future.

4.  Accordingly, it will be in the interest of both Justice and Judicial efficiency to grant the expansion requested.

A draft order is attached granting expansions for due dates in responding to these related matters, pending further order of Court.

Respectfully submitted,

*Walter T. Charlton*

Walter T. Charlton, Maryland Federal Bar # 07638
11213 Angus Way, Woodsboro, Md, 21798
Telephone, 410 571 8764, email. charltonwt@comcast.net
213 Morgan Street N.W,.Washington, D.C. 20001

CERTIFICATE OF SERVICE

I certify that, on this 10th day of October, 2022 the foregoing was served by me CM/ECF on all registered CMF users.

Walter T. Charlton.

*In the*
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, et al. * * * * * * * * * | |
| *Plaintiffs,* * | |
| Maryland 20-20 Watch, et al * | |
| v. * | CIVIL NO. GLR-22-1642 |
| STATE OF MARYLAND, AND * | |
| MARYLAND STATE BOARD OF ELECTIONS , * | |
| et al * | |
| FREDERICK COUNTY, MARYLAND, *et al.,* * | |
| *Defendants.* * | |
| * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Upon consideration of Plaintiffs's Motion for an expansion of time to oppose several Federal Rule of Civil Procedure, 12(b)(6) Motion(s) to Dismiss for failure to state a claim, and with the consent of the Office of the Attorney General representing the Maryland State Board of Elections, the Court concludes, and it is hereby Ordered that;

1. The interest of economy and justice shall be served by completion of the service of process and deferring commencing of presentation of the issues by all parties to the extent practical, while some parties remain unserved and/or unresponsive;

2. Accordingly, the time for respons(es) to pending 12(b)(6) motions is hereby extended to November 7, 2022, or otherwise as later modified by this Court. In the event either parties require further extension the Court shall be notified of further requests at least 5 calendar days in advance.

_____
Judge, United States District Court
For the District of Maryland