*In the*
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, et al. * * * * * * * * * * | |
| *Plaintiffs,* * | |
| Maryland 20-20 Watch, et al * | |
| v. * | CIVIL NO. GLR-22-1642 |
| STATE OF MARYLAND, AND * | |
| MARYLAND STATE BOARD OF ELECTIONS , * | |
| et al * | |
| FREDERICK COUNTY, MARYLAND, *et al.,* * | |
| *Defendants.* * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Upon consideration of Plaintiffs's Motion for an expansion of time to oppose several Federal Rule of Civil Procedure, 12(b)(6) Motion(s) to Dismiss for failure to state a claim, and with the consent of the Office of the Attorney General representing the Maryland State Board of Elections, the Court concludes, and it is this 11th day of October, 2022, hereby Ordered that:

1. The interest of economy and justice shall be served by completion of the service of process and deferring commencing of presentation of the issues by all parties to the extent practical, while some parties remain unserved and/or unresponsive;

2. Accordingly, the time for respons(es) to pending 12(b)(6) motions is hereby extended to November 7, 2022. In the event either parties require further extension the Court shall be notified of further requests at least 3 calendar days in advance.

/s/
_____
Judge George L. Russell III
United States District Court