UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LOIS ANN GIBSON, et al.,** | * | |
| **Plaintiffs,** | * | |
| v. | * | CASE NO.: 1:22-cv-01642-SAG |
| **FREDERICK COUNTY, MARYLAND, et al.,** | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO PLAINTIFFS' THIRD REQUEST FOR A TEMPORARY RESTRAINING ORDER

Defendant Harford County, by its undersigned counsel, hereby opposes the "Third Motion for Temporary Restraining Order and Motion for Preliminary Injunction and Transfer MDL" (ECF 37) filed by Plaintiffs on November 9, 2022.

For the reasons stated in the Opposition to Plaintiff's Third Request for a Temporary Restraining Order filed by the State of Maryland (ECF 38), which is incorporated herein by reference, Plaintiffs' Motion (ECF 37) must be denied. In addition, for the reasons stated in Harford County's Motion to Dismiss (ECF 29), which is incorporated herein by reference, the case should be dismissed and not consolidated with other unidentified cases as multi-district litigation, even assuming Plaintiffs had followed the proper procedures in making such a request.

WHEREFORE, Defendant Harford County requests that the "Third Motion for Temporary Restraining Order and Motion for Preliminary Injunction and Transfer MDL" (ECF 37) be denied in its entirety.

/s/ David M. Wyand
David M. Wyand, Bar No. 23413
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201
Phone: 410.727.6600
Facsimile: 410.727.1115
dwyand@rosenbergmartin.com

*Attorneys for Defendant Harford County*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2022, a copy of the foregoing Opposition to Plaintiffs' Third Request for a Temporary Restraining Order was served through the CM/ECF system on counsel of record.

/s/ David M. Wyand
David M. Wyand, Bar No. 23413