# 2022 Midterm Election Voting Concerns

# TEXAS

Poll Pads in Dallas County were recorded adding hundreds of votes after the polls had closed:



https://www.thegatewaypundit.com/2022/11/breaking-exclusive-election-poll-pads-caught-adding-hundreds-voters-real-time-texas-poll-closed-video/

# VIRGINIA

"In Virginia's VA-7 Congressional District Race, election officers observed differences in ballot counts of voters who were checked in with pollbooks compared to the actual number of ballots in the machines throughout the day.

When the election officers went to close out the polling station, they discovered a ballot scanner with 27 more ballots represented in the electronic total than physical ballots present inside the machine's collection bin.

The scanner reported 531 ballots scanned and recorded, but only 504 physical ballots were in the collection bin underneath the scanner."

https://digitalpollwatchers.org/multiple-errors-found-in-virginias-2022-election-scanner-and-pollbook-data/

# MARYLAND

Reported votes do not make mathematical sense. Increase of 0.71% of total votes should be on the order of 1600 votes. Yet, the votes changed by 11,500 with 74% going to Trone.



https://rumble.com/v1twvma-dems-caught-adding-10000-votes-to-steal-a-seat.html

# MARYLAND



Timestamp: 14:25 Neil Parrot votes: 106796

Timestamp: 14:45 Neil Parrot votes: 106102

Decrease of 694 votes to Parrott as votes were added that gave Trone the lead

Ref: https://politics.api.cnn.io/results/race/2022-HG-MD-6.json

# MARYLAND

**Maryland Voter Integrity Group**
37m

🚩🚩🚩 Very important this info gets to Neil Parrott if anyone has a contact there!!!

I observed the following anomalies as a poll watcher at Clarksville Middle School, Howard County, Precinct 05022. I made these observations after 9:00pm when the results had been posted (on paper taped to the windows).

There were three ballot scanning machines. The results from each machine were posted on paper - including public count (number of ballots scanned), number of votes cast in each race, and number of votes cast for each candidate in each race. The results by machine of public count and total votes cast in each race are given in the table below. I have omitted the total votes cast for each candidate because it is not relevant to the anomaly. Please note the following:

1. The total votes cast in each race is an unusually small fraction of the total ballots scanned; less than 50% in each race. This is not plausible. People skip certain races; but over half the people do not cast a ballot without voting on any race.
2. The total votes cast in every race is exactly the same (except, see #3 below)! This is not plausible. People skip certain races; but not everyone skips exactly the same race.
3. The total votes cast in the races where more than one candidate may be selected is the exact multiple (2 or 3) of the total votes cast in the other races.
4. The votes cast by race for individual candidates varied; but always summed to the given total.

These results are not plausible and appear to be programmed or manipulated.

|  | Machine 1 | Machine 2 | Machine 3 | TOTAL |
|---|---|---|---|---|
| Public Count (total ballots scanned) | 494 | 750 | 622 | 1,866 |
| Total Votes Cast: Governor | 234 | 366 | 295 | 895 |
| Total Votes Cast: Comptroller | 234 | 366 | 295 | 895 |
| Total Votes Cast: Attorney General | 234 | 366 | 295 | 895 |
| Total Votes Cast: US Senator | 234 | 366 | 295 | 895 |
| Total Votes Cast: Representative in Congress District 3 | 234 | 366 | 295 | 895 |
| Total Votes Cast: State Senator District 13 | 234 | 366 | 295 | 895 |
| Total Votes Cast: House of Delegates District 13 | 234 | 366 | 295 | 895 |
| Total Votes Cast: County Executive | 234 | 366 | 295 | 895 |
| Total Votes Cast: Judge of the Circuit Court | 234 | 366 | 295 | 895 |
| Total Votes Cast: Judge, Court of Special Appeals | 234 | 366 | 295 | 895 |
| Total Votes Cast: Judge, Court of Special Appeals | 234 | 366 | 295 | 895 |
| Total Votes Cast: State's Attorney | 234 | 366 | 295 | 895 |
| Total Votes Cast: Clerk of the Circuit Court | 234 | 366 | 295 | 895 |
| Total Votes Cast: Register of Wills | 234 | 366 | 295 | 895 |
| Total Votes Cast: Judge of the Orphan's Court (vote for up to 3) | 702 | 1098 | 885 | 2,685 |

Reports from this race show issues with the number of votes tallied by individual tabulators shows many fewer votes counted than ballots cast.

All of the votes in each race are exactly the same.

# DECREASING VOTES – NM Governor



Ref: https://ordros.com/Midtermresults.asp

# DECREASING VOTES – IL Senate



Ref: https://ordros.com/Midtermresults.asp

# DECREASING VOTES – PA Governor



Timestamp: 20:45 Josh Shapiro votes: 408019



Timestamp: 20:55 Josh Shapiro votes: 348235

Ref: https://ordros.com/Midtermresults.asp

# FTX DONATIONS TO DEMOCRAT CANDIDATES

Exhibit C.1
UPDATE
Page 10 of 10

> The multi-billion dollar cryptocurrency company FTX, run by CEO Sam Bankman-Fried, the second biggest Democrat donor right after George Soros, collapsed last week as details emerged regarding their financial practices, which led to a run by customers on FTX. FTX did not have the funds to pay out.
>
> It was also revealed that FTX had partnered with Ukraine to process donations to their war efforts within days of Joe Biden pledging billions of American taxpayer dollars to the country. Ukraine invested into FTX as the Biden administration funneled funds to the invaded nation, and FTX then made massive donations to Democrats in the US.

https://thepostmillennial.com/ukraine-invested-in-top-dem-donors-crypto-company-ftx-as-biden-admin-funded-war-effort-report?utm_campaign=64483