IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOIS ANN GIBSON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No.: SAG-22-1642 |
| FREDERICK COUNTY, MARYLAND, et al., | * | |
| Defendants. | * | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 16th day of November, 2022, ORDERED that Plaintiffs' motion for a temporary restraining order, preliminary injunction, and accelerated trial on the merits, ECF 37, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge