# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOUIS ANN GIBSON, ET AL., | * | |
| Plaintiffs, | | |
| | * | |
| v. | | |
| | * | No. 1:22-CV-01642-GLR |
| FREDERICK COUNTY MARYLAND, ET AL., | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Justin B. Hill as counsel for Defendant Cecil County, Maryland in the above-captioned case.

Respectfully submitted,

*/s/ Justin B. Hill*
Justin B. Hill, Esq.
Cecil County, Maryland
200 Chesapeake Blvd, Ste. 2100
Elkton, MD 21921
PH: 410-996-8300
FAX: 800-863-0947
EMAIL: jhill@ccgov.org
Federal Bar No.: 20085

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of November 2022, I filed the forgoing electronically via the Court's ECF electronic- filling system, which will make service upon all parties so entitled.

                                    Respectfully submitted,

                                    */s/ Justin B. Hill*____
                                    Justin B. Hill, Esq.
                                    Cecil County, Maryland
                                    200 Chesapeake Blvd, Ste. 2100
                                    Elkton, MD 21921
                                    PH: 410-996-8300
                                    FAX: 800-863-0947
                                    EMAIL:  jhill@ccgov.org
                                    Federal Bar No.: 20085