IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS ANN GIBSON, ET AL.,   *
    Plaintiffs,
                                         *

v.
                                         *   No. 1:22-CV-01642-GLR

FREDERICK COUNTY MARYLAND,
ET AL.,   *
    Defendants.

    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANT CECIL COUNTY, MARYLAND'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

**NOW COMES** Defendant, Cecil County, Maryland, by its undersigned counsel, and pursuant to Rule (12)(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 105 of the Rules of the United States District Court for the District of Maryland, and files this Motion to Dismiss First Amended Complaint and support thereof states:

1. Defendant, Cecil County, Maryland, adopts, as if fully set forth herein, the Motions to Dismiss filed by co-Defendant Maryland State Board of Elections (ECF No. 14), by co-Defendants Calvert and Washington Counties (ECF No.18), co-Defendant Montgomery County (ECF No. 21), co-Defendant Wicomico County (ECF No. 23), co-Defendant Anne Arundel County (ECF No. 25), co-Defendant Office of the State Prosecutor (ECF No. 26), co-Defendant Harford County (EFC No. 29), co-Defendant Garrett County (ECF No. 31), and co-Defendant Howard County (ECF No. 34).

2. Plaintiffs lack standing.

3. The First Amended Complaint fails to state a claim upon which relief can be granted.

4. Cecil County is not a proper party and has no legal responsibility for the oversight of elections.

5. The First Amended Complaint fails to set fort any factual averments involving actions by Cecil County.

6. For the reasons set out in this Motion, the adopted Motions, and their accompanying Memoranda, this Court should dismiss with prejudice the First Amended Complaint as to Defendant Cecil County, Maryland.

**WHEREFORE**, the Defendant, Cecil County, Maryland, respectfully request this Court enter an Order:

A. Granting this Motion to Dismiss;

B. Dismissing the First Amended Complaint with prejudice; and

C. For such other and further relief as may be necessary and as justice may so require.

Respectfully submitted,

*/s/ Justin B. Hill*
Justin B. Hill, Esq.
Cecil County, Maryland
200 Chesapeake Blvd, Ste. 2100
Elkton, MD 21921
PH: 410-996-8300
FAX: 800-863-0947
EMAIL:  jhill@ccgov.org
Federal Bar No.: 20085

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of November 2022, I filed the forgoing electronically via the Court's ECF electronic- filling system, which will make service upon all parties so entitled.

                                          Respectfully submitted,

                                          */s/ Justin B. Hill*____
                                          Justin B. Hill, Esq.
                                          Cecil County, Maryland
                                          200 Chesapeake Blvd, Ste. 2100
                                          Elkton, MD 21921
                                          PH: 410-996-8300
                                          FAX: 800-863-0947
                                          EMAIL:  jhill@ccgov.org
                                          Federal Bar No.: 20085