IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, *et al.* | * |
| Plaintiffs, | * |
| v. | * |
| | *   Case No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MD, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

CLERK:

Please enter the appearance of Andrew C. Meehan and Patrick W. Thomas of MacLeod Law Group, LLC, on behalf of the Defendant Dorchester County, Maryland in the above-captioned matter.

Thank you for your assistance in this regard.

Respectfully submitted,

/s/
Andrew C. Meehan, Esq.
Federal Bar No. 26615
ameehan@mlg-lawyers.com
Patrick W. Thomas, Esq.
Federal Bar No. 16578
pthomas@mlg-lawyers.com
MacLeod Law Group, LLC
110 N. Cross St.
Chestertown, Maryland 21620
(410) 810-1381: telephone
(410) 810-1383: facsimile
*Attorneys for Defendant*
*Dorchester County, Maryland*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2022, a copy of the foregoing was served through the CM/ECF system upon all counsel and parties so entitled.

_____/s/_____
Andrew C. Meehan, Esq.