IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, *et al.* | * |
| Plaintiffs, | * |
| v. | * |
| | *   Case No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MD, *et al.* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT DORCHESTER COUNTY, MARYLAND'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW COMES Defendant, Dorchester County, Maryland, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and Rule 105 of the Rules of the United States District Court for the District of Maryland, and files this Motion to Dismiss Plaintiffs' First Amended Complaint with prejudice for the following reasons, as further set forth in the attached Memorandum:

1. Plaintiffs lack of standing;
2. Plaintiffs lack of subject matter jurisdiction;
3. Plaintiffs' failure to state a claim upon which relief can be granted;
4. Dorchester County is not a proper party; and
5. Plaintiffs' failure to effectuate proper service.

Respectfully submitted this 21st day of November 2022.

_____/s/_____
Andrew C. Meehan, Esq.
Federal Bar No. 26615

ameehan@mlg-lawyers.com
Patrick W. Thomas, Esq.
Federal Bar No. 16578
pthomas@mlg-lawyers.com
MacLeod Law Group, LLC
110 N. Cross St.
Chestertown, Maryland 21620
(410) 810-1381: telephone
(410) 810-1383: facsimile

*Attorneys for Defendant Dorchester County, Maryland*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2022, a copy of the foregoing Motion to Dismiss, together with a proposed order granting same, was served through the CM/ECF system upon all counsel and parties so entitled.

_____/s/_____
Andrew C. Meehan, Esq.