IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, *et al.* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| | *   Case No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MD, *et al.* | * |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

CLERK:

Please enter the appearance of Andrew C. Meehan and Patrick W. Thomas of MacLeod Law Group, LLC, on behalf of the Defendant County Commissioners of Caroline County in the above-captioned matter.

Thank you for your assistance in this regard.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Andrew C. Meehan, Esq.
                                                  Federal Bar No. 26615
                                                  ameehan@mlg-lawyers.com
                                                  Patrick W. Thomas, Esq.
                                                  Federal Bar No. 16578
                                                  pthomas@mlg-lawyers.com
                                                  MacLeod Law Group, LLC
                                                  110 N. Cross St.
                                                  Chestertown, Maryland 21620
                                                  (410) 810-1381: telephone
                                                  (410) 810-1383: facsimile
                                                  *Attorneys for Defendant*
                                                  *County Commissioners of Caroline County*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of November 2022, a copy of the foregoing was served through the CM/ECF system upon all counsel and parties so entitled.

                                                        _____/s/_____
                                                        Andrew C. Meehan, Esq.