IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOIS ANN GIBSON, *et al.* | * |
| Plaintiffs, | * |
| v. | * |
| | *   Case No. 1:22-cv-01642-GLR |
| FREDERICK COUNTY, MD, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT CAROLINE COUNTY, MARYLAND'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

NOW COMES Defendant County Commissioners of Caroline County, Maryland ("Caroline County"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and Rule 105 of the Rules of the United States District Court for the District of Maryland, and files this Motion to Dismiss Plaintiffs' First Amended Complaint with prejudice for the following reasons, as further set forth in the attached Memorandum:

1. Plaintiffs lack of standing;
2. Plaintiffs lack of subject matter jurisdiction;
3. Plaintiffs' failure to state a claim upon which relief can be granted;
4. Caroline County is not a proper party; and
5. Plaintiffs' failure to effectuate proper service.

Respectfully submitted this 21st day of November 2022.

_____/s/_____
Andrew C. Meehan, Esq.
Federal Bar No. 26615

ameehan@mlg-lawyers.com  
Patrick W. Thomas, Esq.  
Federal Bar No. 16578  
pthomas@mlg-lawyers.com  
MacLeod Law Group, LLC  
110 N. Cross St.  
Chestertown, Maryland 21620  
(410) 810-1381: telephone  
(410) 810-1383: facsimile  

*Attorneys for Defendant County*  
*Commissioners of Caroline County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2022, a copy of the foregoing Motion to Dismiss, together with a proposed order granting same, was served through the CM/ECF system upon all counsel and parties so entitled.

                                                              _____/s/_____  
                                                            Andrew C. Meehan, Esq.