IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LOIS ANN GIBSON, et al.,** | * |
| **Plaintiffs,** | * |
| v. | * Civil Case No.: SAG-22-1642 |
| **FREDERICK COUNTY, MARYLAND, et al.,** | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \*

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 16th day of December, 2022, ORDERED that:

1. Defendants' Motions to Dismiss—ECF 14 (Maryland Board of Elections); ECF 18 (Calvert & Washington Counties); ECF 21 (Montgomery County); ECF 23 (Wicomico County); ECF 25 (Anne Arundel County); ECF 26 (Maryland State Prosecutor); ECF 29 (Harford County); ECF 31 (Garrett County); ECF 34 (Howard County); ECF 46 (Cecil County); ECF 48 (Talbot County); ECF 50 (Dorchester County); ECF 52 (Caroline County); ECF 55 (Baltimore County); ECF 57 (Allegany County); ECF 62 (Carroll County); ECF 63 (Kent County); ECF 68 (Queen Anne's County); ECF 71 (Prince George's County)—are GRANTED;

2. The case against the remaining Defendants is DISMISSED;

3. Plaintiffs' Motion for Service, ECF 65, is DENIED as moot; and

4. The Clerk is directed to CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge