# SUMMARY OF PRELIMINARY REPORT

**Analyst: Christopher Gleason**

**My CV Follows This Reports**

**Declaration Under Oath Attached**

In 2022, I began working on a data project involving elections in the State of Maryland. The project was tied to the 2022 midterm election.

I had previously worked on similar projects in other states. During my investigation, I observed massive patterns and red flags in the data that I had analyzed.

The same exact pattern has been discovered in every single state where the same queries were run. This pattern involved massive numbers of individual donors making political donations at a rate that defies all logic and reason. I investigated that pattern as it also appeared in the data for donations made in the State of Maryland.

For my source evidence, I obtained publicly available federal government campaign finance data from the United States Federal Elections Commission (FEC) via their website. This data contained information for donations in Maryland. For my analysis, I extracted data from the entire bulk data files for the 2020 and 2022 election cycles as furnished by the FEC.

I selected data for the 2020 and 2022 election cycles to examine as my previous analysis in other states reflected that a large number of highly questionable patterns occurred during those election years.

Using the same methodology conducting investigations in other states where I identified massive numbers of suspicious donations, I isolated individuals using the "Employer" field in the FEC database with the following data points "NOT EMPLOYED".

I then selected "MARYLAND" to isolate just individuals who had an address listed within the State of Maryland according to the FEC data.

1

The next data point that I added to the query was the selection of "ACTBLUE" as the recipient of the donation. I did this based on the pattern that I have observed occurring in every single state that I had previously examined.

The output of this query is shown below:

During the 2020 and 2022 election cycles in the State of Maryland, individuals who were listed in the Federal Elections Commissions Campaign Finance Database as "NOT EMPLOYED" with a Maryland address had donated approximately 2,741,000 times. https://share.getcloudapp.com/8LuggmXZ



https://www.fec.gov/data/receipts/individual-contributions/?committee_id=C00401224&contributor_employer=NOT+EMPLOYED&two_year_transaction_period=2022&two_year_transaction_period=2020&contributor_state=MD

These findings are consistent and conclusive with the data patterns of highly suspicious donations found in every other state that I have personally examined.

Further investigation was then conducted of the selected population of 2,741,000 suspicious donations using the following methodology. A sample of 52 individuals listed as donors who had made 2000 individual donation transactions or more was selected.

The highest number of times a single individual donation was made from a single individual within this sample group was 19,280. This individual's total dollar amount was $78,717.39.



https://www.fec.gov/data/receipts/individual-contributions/?contributor_name=RIGGS%2C+GARLAND&contributor_occupation=NOT+EMPLOYED&contributor_occupation=NONE&contributor_occupation=N%2FA&contributor_occupation=RETIRED&two_year_transaction_period=2022&two_year_transaction_period=202

Upon further investigation the same exact pattern emerged with the individual contributions. We identified numerous individual donors who were making donations with such frequency that there was no logical legal explanation. One such individual donated 17,862 times during the 2020 and 2022 election cycles for a grand total of $167,316.88. https://share.getcloudapp.com/12uRR9GA



The highest dollar amount of total donations in this same group was $300,115.91. The total number of times this individual donated was 2,118.

4



https://www.fec.gov/data/receipts/individual-contributions/?contributor_name=KNEPPER%2C+KATHLEEN&contributor_occupation=NOT+EMPLOYED&two_year_transaction_period=2022&two_year_transaction_period=2020&contributor_state=MD

The average number of individual donations within this sample group was 4,742.44.  The average total dollar amount donated was $67,233.46

| Report # | TIMES DONATED | TOTAL |
|---|---|---|
| 44 | 19,280 | $78,717.39 |
| 9 | 17,862 | $167,316.88 |
| 2 | 12,926 | $163,886.90 |
| 12 | 10,267 | $91,437.57 |
| 38 | 9,473 | $75,847.05 |
| 40 | 8,895 | $69,304.86 |
| 8 | 8,159 | $59,718.20 |
| 33 | 7,994 | $42,492.16 |
| 27 | 7,198 | $21,038.10 |
| 55 | 6,040 | $192,222.60 |
| 3 | 5,648 | $185,550.38 |
| 47 | 5,526 | $87,275.13 |
| 10 | 5,347 | $53,645.43 |
| 4 | 5,210 | $162,567.02 |
| 29 | 5,099 | $58,929.01 |
| 54 | 4,789 | $34,125.94 |

| | | |
|---|---|---|
| 45 | 4,403 | $35,307.99 |
| 19 | 4,391 | $65,589.63 |
| 7 | 4,371 | $31,360.70 |
| 52 | 4,251 | $81,511.43 |
| 53 | 4,209 | $36,527.70 |
| 32 | 3,929 | $50,071.94 |
| 41 | 3,918 | $42,888.60 |
| 14 | 3,811 | $17,420.32 |
| 21 | 3,800 | $177,051.81 |
| 11 | 3,637 | $30,892.15 |
| 25 | 3,610 | $88,197.59 |
| 35 | 3,441 | $100,379.67 |
| 5 | 3,149 | $24,979.07 |
| 31 | 3,096 | $24,969.17 |
| 49 | 3,028 | $31,072.05 |
| 51 | 2,943 | $116,778.20 |
| 18 | 2,829 | $49,729.04 |
| 22 | 2,805 | $29,603.57 |
| 43 | 2,787 | $22,932.85 |
| 34 | 2,730 | $20,080.59 |
| 30 | 2,700 | $48,853.11 |
| 56 | 2,684 | $123,039.64 |
| 42 | 2,676 | $42,156.93 |
| 6 | 2,519 | $22,369.14 |
| 48 | 2,506 | $45,166.35 |
| 39 | 2,490 | $38,496.38 |
| 28 | 2,456 | $7,853.04 |
| 16 | 2,386 | $21,589.43 |
| 50 | 2,360 | $45,421.55 |
| 17 | 2,349 | $27,552.71 |
| 46 | 2,274 | $59,653.95 |
| 36 | 2,126 | $21,783.23 |
| 24 | 2,118 | $300,115.91 |
| 1 | 2,071 | $13,968.31 |
| 26 | 2,041 | $56,702.04 |
| | **246,607** | **$3,496,140.41** |

The findings above are identical to those in every single state that I have personally investigated. The findings above are by no means the only irregularities in the data. Within the time constraints allowed to me, I was able to immediately identify 52 individual campaign finance donors who fit the profile of individual donors who are highly unlikely to have been able to make these campaign finance donations.

Based on my experience and research the average range of times that employed individuals will donate to political campaigns during election years fall within the range of 0 – 24 donations. The average total dollar range tends to be between $0 - $2900.

To suggest that individuals who are "NOT EMPLOYED" would donate with such high rates of frequency over two election cycles would not be reasonable for any sane person to surmise. Rather, the evidence suggests that there is a significant issue that should be investigated further given adequate time and access.

It is my professional opinion that the number of these individual donations being made and the magnitude in which they occur suggest that further in-depth investigations must be done. Further analysis would significantly expand the scope of the numbers based on what has been observed in every other state up to this point in time.

These patterns are not isolated to just individual donors who are shown to be "NOT EMPLOYED". These same patterns have been identified with "RETIRED". These patterns also have been identified in individual donors who are employed.

It appears that the most logical and most probable explanation for such high numbers of individual donations occurring with such a high degree of frequency is a function of a programmatically determined system using an algorithm to seed donations and inject "Dark Money" into the stream of campaign finance donations within the election process.

It is my opinion that this has something to do with the multiplier effect of dark money. These findings can only reasonably be explained by the influence of dark money being injected and laundered into the election process. There is no way humanly possible to make these donations day in and day out in the manner in which they are occurring.

These transactions must be investigated further as they pose a significant risk to our elections. In other investigations into highly suspect transactions such as the ones that were identified in Maryland, there has been evidence of foreign dark money donations being injected/laundered into American elections in several states. All of this would be subject to reasonable and practical examination.

My professional opinion is that further discovery is warranted.

_____

Christopher Gleason

Via electronic signature

01/12/2023