**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **LOIS ANN GIBSON, et al** | * |
| | * |
| | * |
| **Plaintiff** | * |
| | * |
| **v.** | *    **Case No. 1:22-CV-01642-SAG** |
| | * |
| **FREDERICK COUNTY, MARYLAND, et al** | * |
| | * |
| **Defendants** | * |

**DEFENDANT PRINCE GEORGE'S COUNTY'S OPPOSITION TO PLAINTIFFS'**
**MOTION TO ALTER OR AMEND THE ORDER DISMISSING THIS MATTER**

Defendant, Prince George's County (hereafter, the "County"), by and through undersigned

counsel files this Response to Plaintiffs' Motion to Alter or Amend the Order Dismissing this case.

In support thereof, the County offers the following:

1.      Defendant Prince George's County adopts and incorporates the Opposition to Rule

59(e) Motion to Alter and Amend the Order Dismissing the Case filed by Co-Defendant, Maryland

State Board of Elections (ECF 77) as if fully set forth herein.

2.      The Plaintiffs' motion fails to set forth new and relevant evidence and fails to

address the Court's dismissal for lack of subject matter jurisdiction predicated on a lack of

standing.

Respectfully submitted,


RHONDA L. WEAVER
COUNTY ATTORNEY

ANDREW J. MURRAY
DEPUTY COUNTY ATTORNEY


_____
Guy Saint Pol Maydieu, Esq.
Associate County Attorney
Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
CPF No. 1512160233
Federal Bar No. 22136
Phone: (301) 952-5225
Fax: (301) 952–3071
GSMaydieu@co.pg.md.us
Direct Dial - (301) 952-4229


Filed:  February 9, 2023

2