**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

# NOTICE OF APPEAL

## to the

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Lois Ann Gibson, a Private Citizen/Voter Frederick, Maryland;<br>C/O. Counsel P.O. Box 370<br>Woodsboro, Maryland 21798<br>   And<br>Maryland 20-20 Watch, a Private Unincorporated<br><br>Association of Maryland Citizens and Voters, in Md.,<br>  Who have been Injured in their Business or Property<br>  By actions of the RICO Enterprise, by Chairman,<br>  Lewis T. Porter, Investigator/Voter<br>  C.O. Post Office Box 370, Woodsboro, Md. 21798<br>    And<br>A Maryland Citizen/voters, and the Citizen Voters in<br>  All States Who have Been Injured by Actions of the<br>  been Injured in Their Business or Property by actions<br>  of the RICO Enterprise for themselves and all others<br>  similarly situated in any State of Federal Election,<br>  Acting Under their Standing to Sue, and Pursuant to<br>  Federal Rule of Civil Procedure Rule 23,<br>  and the Federal Rules of Civil Procedure Part V<br>  Multi-District Litigation Sections, Consisting of a<br>  Putative Class of similarly situated Voters in<br>  Maryland and Elsewhere in Past Elections in<br>  Maryland and Elsewhere in the United States of<br>  America, who are Similarly Situated, as defined by<br>  Federal Rule of Civil Procedure 23, and denied<br>  or reduced or, entirely superseded in their vote,<br>  and/or Right to Vote, and/or Injured by Abrogation of<br>His/Her Voting Power and/or Constitutional Right to a<br>Fair and Honest Vote, and/or Shall be and/or are now<br>being Immediately and Irreparably Harmed and/or<br>Likely to be further Injured by the Continuing Ongoing<br>Frauds described herein specified and/or specifically<br>detailed herein, forming one or more Rule 23 Classes<br>of persons; And/or<br>Any, presently unknown State Agency which was<br>Duped by the Multiple Frauds Alleged herein | Case No. 1:22-cv-01642-SAG |

-i-

|   |   |
|---|---|
| And | ) |
| All others similarly situated injured persons, in | ) |
| whatever State or County they reside, with Money | ) |
| Laundering and hereby bribery and vote influencing | ) |
| crossing state lines and therefore creating inter-state | ) |
| Inter-State and Multi-District Litigation for False Vote | ) |
| Tabulation; Deceased Voter and Voters Address Roll | ) |
| harvesting, | ) |
| Conspiracy; for Money Laundering and for False Vote | ) |
| Bribery; Totaling or Tabulation Manipulation with | ) |
| Causing Immediate and Irreparable harm to | ) |
| Government Credibility, Confidence in Present | ) |
| and Future Elections by Placing False Financial | ) |
| Information into State or Federal Financial Records | ) |
| and/or Voting Rolls, as Attested to by | ) |
| Several Unnamed Whistle Blowers, also injured in | ) |
| their Business or Property and/or Who Wish to | ) |
| Remain Anonymous for Reasons of Security | ) |
|           And | ) |
| Amicus Curiae, Charlton Scientific Educational and | ) |
| Engineering Foundation, Inc; | ) |
|   | ) |
| **PLAINTIFFS** | ) |
|   | ) |
| V. | ) |
|   | ) |
| Frederick County Maryland, | ) |
|           And | ) |
| Howard County, Maryland, | ) |
|           And | ) |
| Carroll County, Maryland | ) |
|   | ) |
| Additional Defendants: | ) |
| The Other 18 additional Counties alleged to participate | ) |
| in the fraudulent procedures, receiving bribery | ) |
| and unlawful influencing by compromised "Grants" | ) |
| to  Maryland Vote Workers of Unlawfully Declared | ) |
|   To Be tax free funds, by Reason of Internal Revenue | ) |
|     Law Violated by Both Federal Workers and The | ) |
|       RICO Enterprise of Which they are Alleged to be | ) |
|       Either a Part of the Actions or Complicit by | ) |

| | |
|---|---|
| Conspiracy to Aid and Abet Violations of Federal | ) |
| Tax Law and/or to Unlawfully Influence Tainted | ) |
| Elections and Election Processes and Deliveries | ) |
| Crossing State Lines of False Ballots these are: | ) |
| Allegheny, Anne Arundel, Baltimore City, | ) |
| Baltimore County, Calvert, Caroline, Cecil, Charles, | ) |
| Dorchester, Garret, Harford, Howard, Kent County | ) |
| Board of Elections, Montgomery, Prince Georges, | ) |
| Queen Anne's, Talbot, Washington, Wicomico; | ) |
| And; | ) |
| A RICO Enterprise, Containing the State of Maryland, | ) |
| and Other States Utilizing Unlawful Conspiracies | ) |
| and/or Methodology to Rig Votes, et al: | ) |
| And/or | ) |
| Each unlawfully acting citizen, or RICO Entity, or | ) |
| Federal or State Government Employee, with the sole | ) |
| exception of those protected by Government Immunity | ) |
| Acting without guilty knowledge of the fraudulent facts; | ) |
| or, nevertheless, intentionally, and/or with scienter | ) |
| or/and participation in any conspiracy to alter, | ) |
| individually, or to place false or knowingly, incorrect, | ) |
| or to render false, forge or utter, or merely or destroy | ) |
| evidence or materials from the voting process or | ) |
| accountability records, or to falsely pay others to | ) |
| falsify or do so alone, or in conspiracy with others, | ) |
| thereby aiding and abetting the unlawful violations of | ) |
| any citizen's voting rights in any state or jurisdiction, | ) |
| by aiding and knowingly or negligently, thereby | ) |
| abetting, paying for or creating fraudulent schemes | ) |
| or underwriting the fraudulent voting means, systems | ) |
| delivery of fraudulent materials or activities, with | ) |
| guilty knowledge thereof; of such practice or act; | ) |
| And; | ) |
| a class of Similarly Situated Defendants who are now | ) |
| known to have accepted alleged "Grant" Money from | ) |
| CTCL, and thereafter used such funds for unlawful | ) |
| purposes to influence election results and continue to | ) |
| utilize such unlawful means in the future, and/or | ) |
| whom presently intend do so in the Future, or | ) |
| Alternatively have aided and abetted the Fraud, both | ) |
| Civil and Criminal and/or found to have occurred, | ) |

-iii-

| | |
|---|---|
| now or in Future Election(s) On a Continuing Basis; | ) |
| And | ) |
| those classes or Classes of Defendants | ) |
| similarly situated in Other Districts Similarly Situated | ) |
| Utilizing Similar Fraudulent Schemes in Other States; | ) |
| and or the District of Columbia, or Judicial District | ) |
| further, Each and Every Election Executive Or | ) |
| Worker who, with Knowledge of the Unlawful Nature | ) |
| of their Own Acts have aided and abetted the creation or | ) |
| carrying out of the damages to this Country and each | ) |
| part thereof by the perpetration of the Unlawful Acts | ) |
| described herein and shall be convicted of such | ) |
| Acts in Accordance with the Laws of the United States | ) |
| or the Laws of Maryland or the respective States | ) |
| wherein such Unlawful Acts Occurred. | ) |
| | ) |
| **Defendants.** | ) |
| And | ) |
| Center for Tech and Civic Life (CTCL) | ) |
| 233 N Michigan Ave., Suite 1800 | ) |
| Chicago, Il. 60601; | ) |
| And; | ) |
| Presently Unknown Defendants, expected to be | ) |
| identified as both government employees, or private | ) |
| persons identified from documents received from | ) |
| government sources, including non-profit foundations | ) |
| in Fact RICO Enterprises, numbering in the many | ) |
| dozens, Foreign and Domestic, who, by good and | ) |
| verified admissions and verified evidence, or at trial | ) |
| shall be demonstrated to have conspired and/or be | ) |
| found to have or currently are conducting Civil or | ) |
| Criminal Process of Law, to have participated and/or | ) |
| knowingly Aided and Abetted the Activities | ) |
| Complained of herein; have thereby violated the civil | ) |
| and Criminal Laws of the Constitution of the State of | ) |
| Maryland and/or the United States of America, | ) |
| including without limitation, the RICO Act and/or | ) |
| The False Claims Act, wherein each such statute is | ) |
| applicable, forming a de-facto oligarchy by incestuous | ) |
| Bribery of Courts, State and Local Governments, | ) |
| and gangs and subservient RICO Enterprises with one | ) |

| | |
|---|---|
| Purpose, Unlawfully buy the Elections to Obtain | ) |
| Unlawful Control of Our society for use to benefit | ) |
| THEM, not the citizens, all in contradiction to our | ) |
| constitution and Due Process of Law in Accordance | ) |
| With Our Sacred Constitution and THEIR OWN | ) |
| SACRED TRUST | ) |
|     And; | ) |
| The State of Maryland, Through its Departments | ) |
|     And: | ) |
| The Office of the State Prosecutor, that has | ) |
| Abrogated its Office by failing to Stamp Out RICO | ) |
| Enterprises in its Jurisdiction, for Whatever Reason; | ) |
|     And | ) |
| Linda Lamone, FORMER, Administrator and Director | ) |
| of The Maryland State Board of Elections in her | ) |
| personal Capacity and as a State Official Alleged to be | ) |
| Directly Responsible for both In-State and Multi-State | ) |
| Management of Multiple RICO Enterprise activities. | ) |
| Which have Subverted Our Nation to the Forces of | ) |
| Oligarchy, Evil, Foreign Interests and to a Material | ) |
| Extent Control of Our Lives and Subversion of Our | ) |
| Rights in this Case as violations of Due Process of Law | ) |
| Both State, Local and Constructional Military and | ) |
| Chemical Control of Our lives; and all others who have | ) |
| knowingly and willingly aided and abetted these | ) |
| criminal or treasonous acts; known and unknown. | ) |
| | ) |
| **DEFENDANTS** | ) |
| | ) |

## NOTICE OF APPEAL

Each named Citizen/Plaintiff in Maryland and Elsewhere, hereby Appeal to the Fourth Circuit Court of Appeals, each and every denial of Injunctive Relief, and each Substantive Decision made by the Court in this case as based upon incorrect and essentially False information placed before the District Court by a subverted Election System in Maryland. The number of plaintiffs represented by named Plaintiffs even if

-1-

confined to Maryland is, at least in the hundreds of thousands voters. These appellants seek to acts as, both individuals and Class Representatives of a putative Class or classes of Injured Citizen voters, hereby Appellants, through their Class Representatives and Attorneys. The identity of the Plaintiffs is further described with specificity in the Caption of This Case as Plaintiffs as described above. Those names are hereby adopted by this reference in both capacities. Further specificity as to names and descriptions of the class or classes they seek to represent, are yet to be determined by the District Court as a procedural matter.

Similarly, defendants are members of a RICO Enterprise now known to be functional in all 50 States, with only those locally identified listed in the caption of this case. To the extent specificity is required by this Appeal Notice, again, Plaintiffs adopt by this statement the identifies named in the Caption, however, the functional members of the class of defendants, for commission of unlawful acts is very numerous with dozens of additional defendants being located each passing day from existing accurate records,

Accordingly, the RICO and Class Action nature of the parties cries out for MDL Treatment, which was erroneously labeled by the District Court as "Erroneously Filed" because the "case was closed". These procedural and substantive rulings are also being appealed as a matter of inter-alia, violation of Constitutional and procedural Due Process of law.

Plaintiffs also hereby appeal the interlocutory rulings against each principal

participant in the alleged RICO Criminal and Civil Enterprise event this Case.  And further as a principal and participant in any Multi-District Litigation (MDL) Appellants in this Appeal, and each individual appellant and each committee group, through counsel, thereby Appeal every Interlocutory denial and Order issued in this case, and further allege that the Judge in this Case was biased and or misinformed by falsies constituting a fraud upon this United States District Court, and all of the Judges therein.  Therefore, in summary all of the actions taken, both substantive and procedural, interlocutory or final, must be considered void as a matter of Law, as are the Original dismissal of all claims for lack of standing, on December 16th, 2022, Docket Numbers 72 and 73.

      And that further, the F.R. Civ. P Rule59(e) Motion filed on January 13, 2023 was timely filed and, as a matter of law prevented the Court from lawfully closing this case, as jurisdictionally ultra-vires.  And that, given that as an admitted fact, consequently all intervening Motions, effectively hiding the new evidence of Treason and Corruption is a matter of established legal fact.  Accordingly, those normally routine housekeeping matters become matters of extreme consequence in the context wherein they exist, these are indeed criminal matters not normally part of a mere " Notice of Appeal".  However, this matter implicates exactly what this case is all about in this appeal.  That is the actual record on appeal is right now corrupted by hidden critical data which must come before this Court before it has before it the facts necessary for its very first decision.

That is just what is the appeal the Court is Docketing?   Placing newly that discovered evidence, which was effectively quashed into the Record of this case is therefore of the essence of this notice of appeal, and ensuring that the correction of the evidentiary submissions to date were (now) correctly placed therein.

And also, the motion to transfer this case which was appears to have been never delivered to the MDL panel and therefore excluded from the public record was also prevented from that disclosure as a matter of violation of due process of law by the District Court.  The Motion Denying Transfer to MDL or The failure to notify the MDL of this case or the evidence therein of Treason and/or Subversion of Our Election Systems by Corrupt Election Officials in Maryland, Notice  (Docket # 94, filed 2/23/23 is also appealed by this notice of appeal as a matter of violation of due process of law along with all such previously incorrectly (and unconstitutional) denials of publication of the newly discovered criminal acts by this District Court is hereby Appealed along with the denials of all Injunctive Relief for Immediate and Irreparable Harm, Including the Certification of the Elections in the State of Maryland of the Election of November, 2022.

And finally, the Denial of Plaintiffs Motion to Alter/Amend (Docket # 102, and preceding Memorandum Opinion of like date, docket # 101 Admit as a Matter of Law, the Existence and Legal Efficacy of all of the true and correct pleadings to date by Plaintiffs in this case.

Respectfully submitted ,

*Walter T. Charlton, April 1, 2023*

Walter T. Charlton
Post Office box 370
Woodsboro, Maryland 21798
Counsel for Plaintiffs and the Class or
Classes they Seek to Represent

## CERTIFICATE OF SERVICE

I hereby certify that I filed that I filed in the Pacer system of the Court, with the expectation that it would be served upon all Defendants, including CTCL, a copy of the Notice of Appeal, on this first $^{st}$ day of April, 2023.

*Natalie Abbas*
_____
            Natalie Abbas, Paralegal