FILED: January 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1369
(1:22-cv-01642-SAG)

_____

LOIS ANN GIBSON; MARYLAND 20-20 WATCH, FREDERICK, MARYLAND; CLASS REPRESENTATIVES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23, AND/OR PUTATIVE CLASSES OF SIMILARLY SITUATED VOTERS OF MARYLAND AND/OR ELSEWHERE IN THE UNITED STATES OF AMERICA; ALL OTHERS SIMILARLY SITUATED INJURED PERSONS, IN WHATEVER STATE OR COUNTY THEY RESIDE, DEPRIVED OF THEIR CONSTITUTIONALLY GUARANTEED, FREEDOM, LIBERTY, EXPRESSION AND RIGHT TO AN EFFECTIVE VOTE BY THE ACTS OR ACTIONS OF THE DEFENDANTS HEREIN

        Plaintiffs - Appellants

v.

THE STATE OF MARYLAND and Several Agencies of the State, Including at least the State and County Boards of Elections in the Specific Counties Listed herein; A STATE AND NATIONAL RICO ENTERPRISE, IN PART LOCATED IN MARYLAND, AND/OR DOING BUSINESS AS PART OF THE COMMERCE IN MARYLAND WITH COUNTIES, I.E., FREDERICK, HOWARD COUNTY, CARROLL COUNTIES, MARYLAND AND 18 ADDITIONAL COUNTIES OR VOTING JURISDICTIONS; CENTER FOR TECH AND CIVIC LIFE (CTCL), A Chicago IRS Code 501 (c) (3) Corporation; PRESENTLY UNKNOWN DEFENDANTS; THE STATE OF MARYLAND OFFICE OF THE STATE PROSECUTOR;KENT COUNTY BOARD OF ELECTIONS; CALVERT COUNTY; WASHINGTON COUNTY; HOWARD COUNTY, MARYLAND; CARROLL COUNTY, MARYLAND; ANNE

ARUNDEL COUNTY; HARFORD COUNTY; MONTGOMERY COUNTY; PRINCE GEORGE'S COUNTY

 Defendants - Appellees

---

## J U D G M E N T

---

 In accordance with the decision of this court, the judgment of the district court is affirmed as modified.

 This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

             /s/ NWAMAKA ANOWI, CLERK